IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-CR-30188-MJR ) |
| TIMOTHY J. MILLER, II, | ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On April 10, 2018, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Timothy J. Miller, II entered a plea of guilty to Count I of the Indictment. Magistrate Judge Williams filed a Report & Recommendation (Doc. 37) that recommended that the undersigned accept the guilty plea and notified the parties that any objections to his Report and Recommendation were due on or before April 27, 2018.

That deadline has come and gone with no objection from either party. Accordingly the Court **ADOPTS** in its entirety the Report & Recommendation, **ACCEPTS** Defendant Miller's guilty plea, and **ADJUDGES** him guilty of the offense set forth therein. The Court **DIRECTS** that a presentence investigation report be prepared

1

by the United States Probation Office, and **CONFIRMS** that sentencing remains set for July 26, 2018, at 9:00 a.m.

    **IT IS SO ORDERED**.

    DATED: May 4, 2018

***s/ Michael J. Reagan***
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**
